EUGENE A. RUDIGER and JOHN M. RUDIGER, Respondents, v. BERNARD F.

COLEMAN, JULES BREUCHAUD and BERNARD F. COLEMAN, as Administrator, etc., of JAMES S. COLEMAN, Deceased, Appellants.— Motion for stay granted. Motion for leave to omit printing the record granted. Motion for preference denied. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ. Settle order on notice before Mr. Justice Young.